# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 4:06-cr-00374 SNL |
| ) | |
| **DANTE ROSS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Having received no objections by the defendant, Dante Ross,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David D. Noce Report and Recommendation (#18), filed August 23, 2006 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Defendant's oral and written Motions to Suppress Identification (#13 and #15) are **DENIED**.

Dated this 18th day of September, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE